| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Harvey I. Marcus (HM8635)<br>250 Pehle Avenue<br>Suite 200<br>Saddle Brook, NJ 078663<br>Tel. 800-792-5500<br>Fax. 888-565-0403<br>HIM@lawmarcus.com<br>Attorney for Debtor(s) | Order Filed on February 23, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No. 16-24714<br>Adv. No.<br><br>Hearing Date:<br><br>Judge: Rosemary Gambardella |
| In Re:<br>Philip A Perrotta,<br>                    Debtor(s). | |

**ORDER**
Approving Modification of Mortgage

**DATED: February 23, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

04/08/02

**(Page 2)**
Debtor(s): Philip A Perrotta
Case No: 16-24714
Caption of Order: Order Approving Modification of Mortgage

Upon consideration of Debtors' Motion and good cause appearing, it is

ORDERED that the permanent mortgage modification agreement with Specialized Loan Servicing, LLC (creditor) as attached to the moving papers, is approved

The Chapter 13 Standing Trustee shall stop all disbursements to creditor.

The proof of claim of creditor shall be reduced to the amount paid by the Chapter 13 Standing Trustee prior to the date of the modification.

An amended schedule J and a modified chapter 13 Plan shall be filed as appropriate.

United States Bankruptcy Court
District of New Jersey

In re:  
Philip A Perrotta  
    Debtor

Case No. 16-24714-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 26, 2018  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2018.  
db         +Philip A Perrotta,    8 Rockwood Trail,    Kinnelon, NJ 07405-2849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2018 at the address(es) listed below:
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing as servicing agent for
          The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of
          the CWABS, Inc., Asset-Backed Certificates, Series 2007 nj_ecf_notices@buckleymadole.com,
          NJ_ECF_Notices@McCalla.com
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
          for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee
          for Bear Stearns Asset Backed Securities Trust 2007-2, nj_ecf_notices@buckleymadole.com,
          NJ_ECF_Notices@McCalla.com
         Harvey I. Marcus    on behalf of Debtor Philip A Perrotta him@lawmarcus.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
          as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,Series
          2007-4 rsolarz@kmllawgroup.com
                                                                                                               TOTAL: 5