|   |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |

Order Filed on December 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Philip A. Perrotta,
dba Perrotta Built Homes

                                        Debtor.

Chapter 13

Case No. 16-24714-RG

Judge Rosemary Gambardella

**CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 21, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:            Philip A. Perrotta
Case No.:          16-24714-RG
Caption of Order:  **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-4 ("Creditor"), whereas the post-petition arrearage amount was $4,046.80, as of December 17, 2020, and whereas the Debtor and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **8 Rockwood Trail, Kinnelon, New Jersey 07405** ("Property") provided that the Debtor complies with the following:

    a. Beginning on or before January 1, 2021, and continuing on or before the first of each subsequent month, the Debtor shall cure the post-petition arrearage by making three (3) monthly payments of $1,348.94 directly to the Creditor;

    b. In addition to the above, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the January 1, 2021 payment.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and the co-debtor stay imposed under 11 U.S.C. §1301 permitting Creditor to exercise any rights under the loan documents with respect to the Property.

**STIPULATED AND AGREED**:

/s/ Philip A Perrotta
Philip A Perrotta
8 Rockwood Trail
Kinnelon, NJ 07405
*Debtor*

/s/Gavin N. Stewart
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*