UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with**
**D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

Order Filed on December 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Philip A. Perrotta,
dba Perrotta Built Homes

                            Debtor.

Chapter 13

Case No. 16-24714-RG

Judge Rosemary Gambardella

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 21, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:              Philip A. Perrotta
Case No.:            16-24714-RG
Caption of Order:    **CONSENT ORDER RESOLVING CERTIFICATION OF
                     DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default
("COD") filed by Specialized Loan Servicing LLC as servicing agent for The Bank of New York
Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc.,
Asset-Backed Certificates, Series 2007-4 ("Creditor"), whereas the post-petition arrearage amount
was $4,046.80, as of December 17, 2020, and whereas the Debtor and Creditor seek to resolve the
COD, it is hereby **ORDERED**:

1.      The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to
Creditor's interest in the following property: **8 Rockwood Trail, Kinnelon, New Jersey 07405**
("Property") provided that the Debtor complies with the following:

    a.  Beginning on or before January 1, 2021, and continuing on or before the first of
each subsequent month, the Debtor shall cure the post-petition arrearage by making
three (3) monthly payments of $1,348.94 directly to the Creditor;

    b.  In addition to the above, the Debtor shall resume making the regular monthly
payments to Creditor as they become due beginning with the January 1, 2021
payment.

2.      All payments due hereunder shall be sent directly to Creditor at the following
address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO
80111**.

3.      The Debtor will be in default under the Consent Order in the event that the Debtor
fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the
Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor

may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel for

Debtor and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and the co-debtor stay imposed under 11 U.S.C. §1301 permitting Creditor to

exercise any rights under the loan documents with respect to the Property.

**STIPULATED AND AGREED**:

Philip A Perrotta
8 Rockwood Trail
Kinnelon, NJ 07405
*Debtor*

/s/Gavin N. Stewart
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:                                                          Case No. 16-24714-RG

Philip A Perrotta                                               Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 21, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

**Recip ID**            **Recipient Name and Address**
db                  +  Philip A Perrotta, 8 Rockwood Trail, Kinnelon, NJ 07405-2849

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020                  Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:**

**Name**                    **Email Address**

Denise E. Carlon
                      on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,Series 2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francesca Ann Arcure
                      on behalf of Creditor Specialized Loan Servicing as servicing agent for The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Francesca Ann Arcure
                      on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Wilmington Trust  National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Gavin Stewart
                      on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Rebecca Ann Solarz

on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,Series 2007-4 rsolarz@kmllawgroup.com

TOTAL: 6