Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                               Case No.:  16−24714−RG
                               Chapter:  13
                               Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Philip A Perrotta
   dba Perrotta Built Homes
   8 Rockwood Trail
   Kinnelon, NJ 07405

Social Security No.:
   xxx−xx−6759

Employer's Tax I.D. No.:

# FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: September 10, 2021                      Rosemary Gambardella
                                                        Judge, United States Bankruptcy Court