Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−24714−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Philip A Perrotta
   dba Perrotta Built Homes
   8 Rockwood Trail
   Kinnelon, NJ 07405

Social Security No.:
   xxx−xx−6759

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 10, 2021
JAN: dlr

                                                               Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                     Case No. 16-24714-RG
Philip A Perrotta                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Sep 10, 2021      Form ID: cscnodsc      Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Philip A Perrotta, 8 Rockwood Trail, Kinnelon, NJ 07405-2849 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| cr | + | Specialized Loan Servicing LLC as servicing agent, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| cr | + | Specialized Loan Servicing as servicing agent for, C/O Buckley Madole, P.C., 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 516317020 | + | Chilton Hospital, 97 West Parkway, Pompton Plains, NJ 07444-1696 |
| 516317021 | + | Donald Rogers, 12 Siek Road, Butler, NJ 07405-2023 |
| 516317022 | + | Donnelly, Warner & Breur, Thomas G Breur, 1615 Hamburg Turnpike, Wayne, NJ 07470-4059 |
| 516317024 | + | Parker McCay PA, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 516317025 | + | SLS, 6200 S. Quebec St., Greenwood Village, CO 80111-4720 |
| 516317026 | | State of New Jersey, PO Box 245, Trenton, NJ 08602-0245 |
| 516470961 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St, Greenwood Village, CO 80111-4720 |
| 516317029 | + | Wayne Johnson & Sons Inc, 1167 State Route 23, Kinnelon, NJ 07405-2024 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 10 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 10 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516317023 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 10 2021 20:29:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516317027 | + | Email/Text: collect@williamsalexander.com | Sep 10 2021 20:29:00 | Waassociates, Po Box 2148, Wayne, NJ 07474-2148 |
| 516317028 | + | Email/Text: collect@williamsalexander.com | Sep 10 2021 20:29:00 | Waassociates, 1479 Route 23 South, Wayne, NJ 07470-7507 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Case 16-24714-RG   Doc 76   Filed 09/12/21   Entered 09/13/21 00:13:52   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: cscnodsc | Total Noticed: 17 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021                              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Denise E. Carlon

on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,Series 2007-4 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francesca Ann Arcure

on behalf of Creditor Specialized Loan Servicing as servicing agent for The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Francesca Ann Arcure

on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for Wilmington Trust  National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2, NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com

Gavin Stewart

on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Rebecca Ann Solarz

on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,Series 2007-4 rsolarz@kmllawgroup.com

TOTAL: 6